STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GOTT-HEIL REICHERT ET AL., PLAINTIFFS IN ERROR.

Submitted February 15, 1929—Decided October 14, 1929.

For the defendant in error, *Orville V. Meslar.*

For the plaintiffs in error, *William A. Hegarty* and *Leon E. Cone.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.